[No. 6,879.—Department One.]
March 22, 1882.

## A. J. ANGELL *v.* D. M. DELMAS et al.

Appeal from Order—Record—Transcript—Identification of Papers—Bill of Exceptions.—Appeal from an order made after a final judgment dismissed on the ground that there is no bill of exceptions, or any thing else in the record to show what papers were used on the hearing in the Court below.

Appeal from an order made after judgment in the Twenty-third District Court of the City and County of San Francisco. Thornton, J.

The order appealed from was an order vacating a judgment by default " upon the ground that this Court never had jurisdiction of the person of defendant."

*J. B. Hart,* for Appellant.

The record shows that the Court below had jurisdiction, and that the order should be set aside, with costs. (*Jordan* v. *Hubert,* 54 Cal. 260; *Dubbers* v. *Goux, Ad.,* 51 id. 153; *Gregory* v. *Haynes,* 21 id. 443; *Myers* v. *Moll,* 29 id. 359.)

*J. Alexander Yoell,* for Respondent.

The Court:

This case does not come here in a condition to admit of our considering the point sought to be made by the appellant. The appeal is from an order made after final judgment, and there is no bill of exceptions or anything else in the record to show what papers were used on the hearing in the Court below.

Appeal dismissed.